UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PEDRO MONDRAGON,  CIV. NO. 13-1215(DSD/JSM)

    Plaintiff,  ORDER

v.

Federal National Mortgage Association, et.al.

    Defendants

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 30, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    (1)    Defendants' Motion to Dismiss [Docket No. 4] is **GRANTED.**

    (2)    This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 14, 2014          s/David S. Doty
        David S. Doty, Judge
        United States District Court